DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE  (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs JOSE TREJO;
JUAN TREJO; DORA LOPEZ; and
JOSH QUINTERO, a minor, by and through
his guardian ad litem, JUAN TREJO,
individually and as Successors in
Interest of DORA LUIS, Deceased

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO; JUAN TREJO; DORA LOPEZ; and JOSH QUINTERO, a minor, by and through his guardian ad litem, JUAN TREJO; individually and as Successors in Interest of DORA LUIS, Deceased,<br><br>   Plaintiffs,<br><br> vs.<br><br>CITY OF SHAFTER, MATT SHELTON, JEFF PRIEST, and DOES 1 to 100, inclusive,<br><br>   Defendants. | Case No. 1:10-CV-02119-OWW-JLT<br><br>**ORDER GRANTING APPLICATION OF JUAN TREJO TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JOSH QUINTERO**<br><br>[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)] |

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered the Application of Juan Trejo for the appointment of a guardian ad litem for Josh Quintero, a minor, who is a Plaintiff in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that Juan Trejo be appointed guardian ad litem for Josh Quintero in this action.

IT IS SO ORDERED.

DATED:   January 28, 2011          /s/ OLIVER W. WANGER
                                    U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com