IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO, et al, | ) Case No.: 1:10-cv-02119 AWI JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 30) |
| CITY OF SHAFTER et al., | ) |
| Defendants. | ) |

On February 8, 2012, the parties filed a notice in which they reported to the Court that the matter has been settled. (Doc. 30) They request 45 days to complete the settlement. Id. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than March 26, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **February 9, 2012**                                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE