IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TREJO, et al., ) | 1:10-CV-2119 AWI JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER REGARDING |
| ) | NOTICE OF SETTLEMENT |
| CITY OF SHAFTER, et al., ) | |
| ) | |
| Defendants. ) | (Doc. No. 30) |
| ) | |

On February 8, 2012, Plaintiffs filed a notice of settlement, which indicated that the case has been settled in its entirety. See Doc. No.30; see also Local Rule 160. In light of the settlement, it is appropriate to vacate all current dates and deadlines, including the July 17, 2012 trial date. Additionally, since one of the Plaintiffs is a minor, the settlement must be approved by this Court. See Local Rule 202. Plaintiff will be ordered to file the appropriate motion.

Accordingly, IT IS HEREBY ORDERED that:

1. All currently set dates and deadlines, including the July 17, 2012, trial date, are VACATED in light of Plaintiffs' notice of settlement;

2. Plaintiff shall file a motion for approval of settlement, as soon as possible but no later than twenty-one (21) days after service of this order, with the Magistrate Judge, who will then issue a Findings and Recommendation.[1]

IT IS SO ORDERED.

Dated: February 9, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs state that they anticipate filing a dismissal in 45 days. Plaintiffs do not explain why 45 days is needed. For now, Plaintiffs will be ordered to follow the 21 day deadline of the local rules. See Local Rule 160. However, if additional time is necessary, Plaintiffs may file a motion for extension of time with the Magistrate Judge.