1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE TREJO, et al., | ) | 1:10-CV-2119 AWI JLT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER VACATING PRIOR** |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF SHAFTER, et al., | ) | |
| | ) | (Doc. No. 32) |
| Defendants. | ) | |
| | ) | |

On February 8, 2012, Plaintiffs filed a notice of settlement, which indicated that the case has been settled in its entirety.  See Doc. No.30; see also Local Rule 160.  On February 9, 2012, two orders were mistakenly issued in response to the notice of settlement.  In order too correct this situation, the Court will vacate the second order in the docket, which is Document No. 32.

Accordingly, IT IS HEREBY ORDERED that:

1.  Document No. 32 is VACATED; and

2.  The first order on the docket regarding settlement, which is Document No. 31, is the operative order that shall be followed.

IT IS SO ORDERED.

Dated:    February 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE