UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO; JUAN TREJO; DORA LOPEZ; and JOSH QUINTERO, a minor, by and through his guardian ad litem, JUAN TREJO; individually and as Successors in Interest of DORA LUIS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SHAFTER, MATT SHELTON, JEFF PRIEST, and DOES 1 TO 100, inclusive,<br><br>Defendants. | No. 1:10-cv-02119-AWI-JLT<br><br>*Honorable Anthony W. Ishii*<br><br>**ORDER OF DISMISSAL** |

The parties, Plaintiffs, JOSE TREJO, JUAN TREJO, DORA LOPEZ, and JOSH QUINTERO, a minor, by and through his guardian ad litem, JUAN TREJO, and Defendants CITY OF SHAFTER, MATT SHELTON and JEFF PRIEST, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE

No. 1:10-cv-02119-AWI-JLT